# United States Bankruptcy Court
## District of Arizona

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**GeoSupply, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**86-1043582** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**888 W. Illini Street**<br>**Phoenix, AZ**<br>ZIP Code **85041** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 94238**<br>**Phoenix, AZ**<br>ZIP Code **85070** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** **Thomas H. Allen 11160 e-mail: tallen@ambazlaw.com** ***  THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GeoSupply, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GeoSupply, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

**X  /s/ Thomas H. Allen**
Signature of Attorney for Debtor(s)

  **Thomas H. Allen 11160 e-mail: tallen@ambazlaw.com**
Printed Name of Attorney for Debtor(s)

  **Allen Maguire & Barnes, PLC**
Firm Name

  **1850 N. Central Avenue, Suite 1150**
  **Phoenix, AZ 85004**

Address

  **602-256-6000  Fax: 602-252-4712**
Telephone Number

  **November 19, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Kent Henderson**
Signature of Authorized Individual

  **Kent Henderson**
Printed Name of Authorized Individual

  **President**
Title of Authorized Individual

  **November 19, 2014**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

GeoSupply, Inc. -

ADT
ATTN: BANKRUPTCY DEPARTMENT
14200 E. EXPOSITION AVE.
AURORA CO 80012

ADT
P.O. BOX 371490
PITTSBURGH PA 15250-7490

AKJ INDUSTRIES, INC.
10175 6-MILE CYPRESS PARKWAY
FORT MYERS FL 33966

AMERICAN EXPRESS
P.O. BOX 981535
EL PASO TX 79998-1535

AMERICAN WICK DRAIN
1209 AIRPORT ROAD
MONROE NC 28110

ARIZONA BUSINESS BANK
2600 N. CENTRAL AVENUE
SUITE 2000
PHOENIX AZ 85004

ARIZONA BUSINESS BANK
CARDMEMBER SERVICES
P.O. BOX 790408
SAINT LOUIS MO 63179-0408

ARIZONA DEPARTMENT OF REVENUE
1600 WEST MONROE STREET
PHOENIX AZ 85007

ARIZONA EXTERMINATING CO.
P.O. BOX 13536
SCOTTSDALE AZ 85267

GeoSupply, Inc. -


ARIZONA OFFICE TECHNOLOGIES
4320 E. COTTON CENTER BLVD.
PHOENIX AZ 85038


ARROWHEAD WATER
P.O. BOX 856158
LOUISVILLE KY 40285-6158


CENTURY LINK
P.O. BOX 29040
PHOENIX AZ 85038


CITY OF PHOENIX
251 W. WASHINGTON STREET
PHOENIX AZ 85003-2295


CITY OF PHOENIX (IRR)
P.O. BOX 29100
PHOENIX AZ 85038-9100


CITY OF PHOENIX WATER SERVICES DEPT.
P.O. BOX 29663
PHOENIX AZ 85038-9663


COX COMMUNICATIONS
1550 W. DEER VALLEY ROAD
MAIL STOP DV1-07
PHOENIX AZ 85027


COX COMMUNICATIONS
P.O. BOX 53249
PHOENIX AZ 85072


DALCO NONWOVENS LLC
P.O. BOX 1479
2050 EVERGREEN DRIVE NE
CONOVER NC 28613

GeoSupply, Inc. -

DAY & NIGHT
2136 E. INDIAN SCHOOL ROAD
PHOENIX AZ 85016


DEACERO
DEPT. #187501
P.O. BOX 67000
DETROIT MI 48267-1876


DEWITT COMPANY, INC.
905 S. KINGS HIGHWAY
SIKESTON MO 63801


DSA, INC.
17505 N. 79TH AVENUE, SUITE 313
GLENDALE AZ 85308


EAST COAST EROSION BLANKETS
443 BRICKER ROAD
BERNVILLE PA 19506


FIRST FIDELITY BANK NA
16277 NORTH GREENWAY-HAYDEN LOOP
SCOTTSDALE AZ 85260


FORD CREDIT
P.O. BOX 7172
PASADENA CA 91109-7172


FORD CREDIT
NATIONAL BANKRUPTCY SERVICE CENTER
P.O. BOX 537901
LIVONIA MI 48153-7901


FORD CREDIT
P.O. BOX 790093
SAINT LOUIS MO 63179-0093

GeoSupply, Inc. -



FORD CREDIT
P.O. BOX 7170
PASADENA CA 91109-7172



FORD MOTOR CREDIT
P.O. BOX 7172
PASADENA CA 91109



HOME DEPOT
P.O. BOX 6029
THE LAKES NV 88901-6029



HUM LAW FIRM, PLLC
2653 W. GUADALUPE ROAD, 2ND FLOOR
MESA AZ 85202



INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346



JAMES ROBERT BELLO
2823 N. 48TH STREET, SUITE 6
PHOENIX AZ 85008



KELLY'S RAILROAD SERVICES INC.
P.O. BOX 25004
PHOENIX AZ 85002



KENT AND TRINKA HENDERSON
512 E. SILVERWOOD DRIVE
TEMPE AZ 85283



KENT'S DIESEL WORKS
P.O. BOX 9579
CHANDLER HEIGHTS AZ 85227

GeoSupply, Inc. -

KING-HUGHES FASTENERS, INC.
P.O. BOX 98
IMLAY CITY MI 48444

L & M SUPPLY COMPANY
P.O. BOX 640
WILLACOOCHEE GA 31650

ON HOLD PRODUCTIONS
4757 E. GREENWAY ROAD
#107B-85
PHOENIX AZ 85032-8510

PACIFIC GEOSOURCE
444 LANE AVENUE
DRAIN OR 97435

PARADIGM ACQUISITIONS
70 S. VAL VISTA DRIVE
3A-315
GILBERT AZ 85296

PATRIOT ENVIRONMENTAL
P.O. BOX 1480
HIGLEY AZ 85236

PITNEY BOWES
1313 NORTH ATLANTIC
SPOKANE WA 99201

PROCOPY OFFICE SOLUTIONS INC.
1917 E. 5TH STREET
TEMPE AZ 85281

PROTECH
8503 E. 22ND
TUCSON AZ 85710

GeoSupply, Inc. -

PROTECTION ONE
P.O. BOX 5714
CAROL STREAM IL 60197-5714

REPUBLIC SERVICES
4811 W. LOWER BUCKEYE ROAD
PHOENIX AZ 85043

SAIA FREIGHT LINE
P.O. BOX 730532
DALLAS TX 75373-0532

SANDERS RANCK & SKILLING, PC
P.O. BOX 1005
TOCCOA GA 30057

SEAN MOLANDER
11221 S. 51ST STREET, #2022
PHOENIX AZ 85044

SHANDEX CORPORATION
8100 RIVER ROAD
UNIT 711
NORTH BERGEN NJ 07047

SHIRLEY'S PLAN SERVICES
425 SOUTH PLUMER
TUCSON AZ 85719

SOUTHWEST GAS - TUCSON
P.O. BOX 98890
LAS VEGAS NV 89150-0101

SRP
P.O. BOX 2950
PHOENIX AZ 85062-2950

GeoSupply, Inc. -

SUBURBAN PROPANE
P.O. BOX 12124
FRESNO CA 93776

TENSAR INTERNATIONAL CORPORATION
5871 GLENRIDGE DRIVE, SUITE 300
ATLANTA GA 30328

TERRA AQUA GABIONS, INC.
1415 N. 32ND STREET
FORT SMITH AR 72904

TKO PROPERTIES
888 W. ILLINI STREET
PHOENIX AZ 85041

TKO PROPERTIES
756 W. ILLINI STREET
PHOENIX AZ 85041

TNS BY CROWN RESOURCES
2554 SHENANDOAH DRIVE
WATKINSVILLE GA 30677

U BANCORP
P.O. BOX 790448
SAINT LOUIS MO 63179

US BANCORP
1310 MADRID STREET, SUITE 101
MARSHALL MN 56258

US FABRICS
3904 VIRGINIA AVENUE
CINCINNATI OH 45227

Case 2:14-bk-17235-EPB    Doc 1    Filed 11/19/14    Entered 11/19/14 14:19:42    Desc
Main Document    Page 10 of 12

GeoSupply, Inc. -

VERIZON WIRELESS
800 NORTH 54TH STREET
CHANDLER AZ 85226

WASTE MANAGEMENT OF ARIZONA
1580 E. ELWOOD STREET
PHOENIX AZ 85040

WELLS FARGO BANK
WELLS FARGO BUSINESS DIRECT
P.O. BOX 348750
SACRAMENTO CA 95834

WELLS FARGO BANK
P.O. BOX 54349
LOS ANGELES CA 90054-0349

WELLS FARGO CARD SERVICES
P.O. BOX 54349
LOS ANGELES CA 90054-0349

WELLS FARGO EQUIPMENT FINANCE
P.O. BOX 7777
SAN FRANCISCO CA 94120-7777

WELLS FARGO EQUIPMENT FINANCE
300 TRI STATE INTERNATIONAL, SUITE 400
LINCOLNSHIRE IL 60069

WESTERN ENVIRONMENTAL
8121 HARRISON
TOLLESON AZ 85353

WESTERN LANDSCAPE & SUPPLY
5065 COLORADO BLVD.
DENVER CO 80216

GeoSupply, Inc. -


WHITE CAP CONSTRUCTION SUPPLY
P.O. BOX 6040
CYPRESS CA 90630


WILLACOOCHEE INDUSTRIAL FABRIC
P.O. BOX 599
WILLACOOCHEE GA 31650


XCEL DELIVERY
3770 S. BROADMONT DRIVE
TUCSON AZ 85713